UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

vs.

YANIV AVNON

Criminal No. 17—174 (JLL)

ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (Nicholas P. Grippo, Assistant U.S. Attorney, appearing), and defendant Yaniv Avnon (Carol Gillen, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and two prior continuances having been entered; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea discussions are ongoing, and the parties seek additional time to determine whether this matter can be resolved through a plea agreement. If such resolution is not possible at this time, the parties will discuss the volume

and scope of discovery, other issues that may arise in the course of the case, and will propose a schedule to the Court for further proceedings, including potentially seeking a complex case order due to the potential volume of discovery;

2. The defendant is located outside of the United States, and counsel requires additional time to consult with the defendant about the case, including discussions regarding plea options;

3. The defendant has consented to this request;

4. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___8th___ day of May, 2018,

ORDERED that this action be, and hereby is, continued until July 31, 2018; and it is further

ORDERED that the period from the date of this order through July 31, 2018 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq*.

_____
Honorable Jose L. Linares
Chief United States District Judge

Consented to as to form and entry:

/s/ *Nicholas P. Grippo*

_____
NICHOLAS P. GRIPPO
Assistant U.S. Attorney

_____
CAROL GILLEN, ESQ.
Counsel for defendant